IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:24 CR 25-MEO |
| | ) | |
| v. | ) | DEFENDANT'S CERTIFICATES |
| | ) | FOR PARTICIPATION IN JAIL |
| | ) | PROGRAMS |
| DENNIE GERALD KEITH | ) | |
| | ) | |

NOW COMES DEFENDANT Dennie Gerald Keith, by and through his attorney of record, and respectfully submits the attached certificates of completion in jail programs for consideration at sentencing.

Dated: March 10, 2026                                   Respectfully submitted,


/s/Scott Gsell
Scott Gsell, Esq., NCB #21680
Attorney for Defendant
624 Matthews-Mint Hill Road
Suite 207
Matthews, NC 28105
Tel 704-488-1074
Fax 704-970-1874
e-mail: scottgsell@gmail.com

## CERTIFICATE OF SERVICE

I, Scott Gsell, hereby certify that on March 10, 2026, a copy of the forgoing Defendant's Certificates for Participation in Jail Programs, was served electronically through the ECF system in use in the United States District Court for the Western District of North Carolina, on interested parties of record.

Executed on March 10, at Matthews, North Carolina.

/s/Scott Gsell
Scott Gsell, Esq.
624 Matthews-Mint Hill Road
Suite 207
Matthews, NC 28105
Tel 704-488-1074
Fax 704-970-1874
scottgsell@gmail.com